# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Michigan

In re:  Tony Nicholas Priess and                     Case No. 10-69004-wsd
       Brittaney Ray Bryant-Priess,                  Chapter 7
                                                     Hon. Walter Shapero
           Debtor.
_____/

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[X]  **IT IS ORDERED** that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[X]  **IT IS FURTHER ORDERED** that the debtor(s) shall pay the filing fee according to the following terms:

$ ___100.00___   Check one        [X] With the filing of the petition, or
                                                 [ ] On or before___5/31/2010___

$ ___100.00___ on or before ___10/15/2010___
$ ___99.00___  on or before ___11/19/2010___
$ _____   on or before _____

[X]  **IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                     **BY THE COURT**

**Signed on September 20, 2010**
                                                 ___/s/ Walter Shapero___
                                                 **Walter Shapero**
                                                 **United States Bankruptcy Judge**