# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-69004 WSD  
**Case Name:** PRIESS, TONY NICHOLAS  
BRYANT-PRIESS, BRITTANEY RAY  
**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 09/18/10 (f)  
**§341(a) Meeting Date:** 10/13/10  
**Claims Bar Date:** 03/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1175 Maple Avenue, Ypsilanti, Michigan<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 95,000.00 | 10,000.00 | | 0.00 | 95,000.00 |
| 2 | Cash<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Key Bank checking<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Landlord<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,172.00 | 0.00 | DA | 0.00 | FA |
| 5 | Living Room: couch, flatscreen TV $600. Bedroom:<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jeans, dresses, pants, shirts<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 7 | pendant, costume jewelry, earrings<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pistol, rifle, muzzle loader, golf clubs, bow an<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Municipal Employees' Retirement System - defined<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Weekly $90 payments<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Estimated 2010 Fed & State tax refunds $5,600 pr<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,920.00 | 0.00 | DA | 0.00 | FA |
| 12 | Ford Taurus, 1997, 185,000 miles, fair condition | 500.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-69004 WSD  **Trustee:** (420470) Timothy J. Miller
**Case Name:** PRIESS, TONY NICHOLAS  **Filed (f) or Converted (c):** 09/18/10 (f)
BRYANT-PRIESS, BRITTANEY RAY  **§341(a) Meeting Date:** 10/13/10
**Period Ending:** 03/31/11  **Claims Bar Date:** 03/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2001 Impala, good condition, 80,000 miles estima<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,800.00 | 0.00 | DA | 0.00 | FA |
| 14 | Laptop<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Dog-female pit bull.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | Garnished funds estimated to be $1,700<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 17 | Reimbursement of HSBC account credit  (u) | Unknown | 1,650.60 | | 1,650.60 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$112,412.00** | **$11,650.60** | | **$1,650.60** | **$95,000.00** |

**Major Activities Affecting Case Closing:**

10/14/10 possible asset home redemption
4/13/11 monitor redemption

**Initial Projected Date Of Final Report (TFR):** October 20, 2011   **Current Projected Date Of Final Report (TFR):** October 20, 2011

_____
April 26, 2011
Date

/s/ Timothy J. Miller
_____
Timothy J. Miller

10-69004-wsd    Doc 30    Filed 04/27/11    Entered 04/27/11 11:33:58    Printed: 04/26/2011 11:47 AM    Page 2 of 4    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-69004 WSD  
**Case Name:** PRIESS, TONY NICHOLAS  
BRYANT-PRIESS, BRITTANEY RAY  
**Taxpayer ID #:** **-***7405  
**Period Ending:** 03/31/11

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/10 | {17} | HSBC Private Label Corporation | Reimbursement of a credit on HSBC account. | 1290-000 | 1,650.60 | | 1,650.60 |
| 01/18/11 | | To Account #9200******2766 | transfer to checking to pay exempt funds | 9999-000 | | 1,650.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,650.60** | **1,650.60** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,650.60 | |
| | | | **Subtotal** | | **1,650.60** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,650.60** | **$0.00** | |

{} Asset reference(s)

Printed: 04/26/2011 11:47 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-69004 WSD
**Case Name:** PRIESS, TONY NICHOLAS
BRYANT-PRIESS, BRITTANEY RAY
**Taxpayer ID #:** **-***7405
**Period Ending:** 03/31/11

**Trustee:** Timothy J. Miller (420470)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******27-66 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/11 | | From Account #9200******2765 | transfer to checking to pay exempt funds | 9999-000 | 1,650.60 | | 1,650.60 |
| 01/18/11 | 101 | Tony Priess | exempt funds paid to Debtor | 8100-002 | | 1,650.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,650.60 | 1,650.60 | $0.00 |
| | | | Less: Bank Transfers | | 1,650.60 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,650.60 | |
| | | | Less: Payments to Debtors | | | 1,650.60 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******27-65** | 1,650.60 | 0.00 | 0.00 |
| **Checking # 9200-******27-66** | 0.00 | 0.00 | 0.00 |
| | $1,650.60 | $0.00 | $0.00 |

April 26, 2011
_____
Date

/s/ Timothy J. Miller
_____
Timothy J. Miller