UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                           In Bankruptcy

**PRIESS, TONY NICHOLAS,**            Case No. 10-69004 WSD
**BRYANT-PRIESS, BRITTANEY RAY,**    Chapter 7
         Debtor(s)                           Hon. Walter Shapero.Detroit
_____/

### Chapter 7 Report of No Distribution

I, Timothy J. Miller Trustee, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling $1,650.60. After making diligent inquiry into the financial affairs of the debtor and the location of the property belonging to the estate, I have determined that these funds should be returned to the Debtor. All bank statements and canceled checks, if any, have been submitted to the United States Trustee. The bank statements reflect a final zero balance and no other funds or assets of the estate remain in my custody. Pursuant to Fed R Bank P5009, I hereby certify that the estate of the above-named debtor has been fully administered. I request that I be discharged from any further duties as trustee.

Date: October 17, 2011

                                                /s/ Timothy J. Miller, trustee
                                                Timothy J. Miller, Trustee
                                                (P36951)
                                                Schneider Miller, P.C.
                                                64541 Van Dyke, Suite 101B
                                                Washington, MI 48095
                                                (586)281-3764
                                                tmiller@schneidermiller.com